McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TING HSU,<br><br>    Plaintiff,<br><br>    v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. 08-cv-S 968 GEB EFB<br><br>JOINT STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME |

    This is an immigration case in which plaintiff has challenged the delay in the adjudication of his application for naturalization by U.S. Citizenship and Immigration Services (CIS). Defendants respectfully inform the Court that they are in the process of attempting to resolve the matter at the administrative level. To this extent, the government requests an additional 30 days to file an answer to the complaint; counsel for plaintiff does not oppose this request.

    The parties therefore stipulate that the time for filing the government's answer be extended to August 7, 2008.

Dated: July 7, 2008

    McGREGOR W. SCOTT
    United States Attorney

-1-

1
2
3

By:     /s/Audrey Hemesath
        Audrey B. Hemesath
        Assistant U.S. Attorney
        Attorneys for the Defendants

4
5

By:     /s/ Geri Nadine Kahn
        Geri Nadine Kahn
        Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on August 7, 2008.

IT IS SO ORDERED.

Dated: July 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge