McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TING HSU,<br><br>    Plaintiff,<br><br>  v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. 08-cv-S 968 GEB EFB<br><br>JOINT STIPULATION AND [PROPOSED] ORDER RE: REMAND TO U.S. CITIZENSHIP AND IMMIGRATION SERVICES PURSUANT TO 8 U.S.C. § 1447(b) |

   This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate her naturalization application and to seek de novo review of this application. As of the time of this filing, the agency is prepared to adjudicate the application. Because of the jurisdictional posture of the case, the agency cannot complete that process until the case is remanded with instructions to CIS. 8 U.S.C. § 1447(b). Accordingly, the parties jointly agree that the case should be remanded with instructions to complete adjudication of the application within 60 days from the date of the order of remand. In the event CIS fails to timely complete this adjudication, the parties agree that jurisdiction will revert to this Court, and a scheduling conference will take place as soon as possible.

1 | Dated: July 16, 2008

McGREGOR W. SCOTT
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Geri Nadine Kahn
Geri Nadine Kahn
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED is remanded with instructions to complete adjudication of the application within 60 days from the date of on which this order is filed.

IT IS SO ORDERED.

Dated: July 29, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge